## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## JOHNSTOWN DIVISION

| | |
|---|---|
| ANTHONY J. ZANGHI, KENNETH J. SOWERS, DOMINIC MCCUCH, JAMES HOHMAN, DARRELL SHETLER *on behalf of themselves and others similarly situated, and* UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC, | **Civil Action No.: 3:13-CV-00146** |
| Plaintiffs, | *Document Electronically Filed* |
| v. | **MOTION FOR LEAVE TO FILE REPLY BRIEF** |
| FREIGHTCAR AMERICA, INC., JOHNSTOWN AMERICA CORPORATION, and JOHNSTOWN AMERICA CORPORATION USWA HEALTH & WELFARE PLAN, | |
| Defendants. | |

### MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendants, FreightCar America, Inc., Johnstown America, LLC f/k/a Johnstown

America Corporation, and Johnstown America Corporation USWA Health & Welfare Plan

(collectively, "FreightCar"), respectfully seek leave from this Court to file a Reply Brief

(attached hereto as Exhibit "A") in order to correct several gross misrepresentations of both the

law and the facts set forth in the plaintiffs' response to FreightCar's Motion to Dismiss, Transfer,

or Stay Proceedings.

The decision to grant leave to file additional briefing is committed to the sound discretion

of the court, *see Hess Fence & Supply Co., Inc. v. U.S. Fidelity & Guaranty Co.*, No. Civ. 04-

CV-2648, 2006 WL 3325445, at *2 (M.D. Pa. Oct. 12, 2006), and is appropriate where, as here,

the arguments or clarifications contained therein would enable the court "to more fully and fairly

decide a particular issue." *Walsh v. Irvin Stern's Costumes*, Civ. No. 05-2515, 2006 WL 166509,

at \*12 (E.D. Pa. Jan. 19, 2006).  Under this standard, granting FreightCar leave to file its reply is

amply warranted.

First and foremost, the plaintiffs' account of the events preceding FreightCar's decision

to file suit in the Northern District of Illinois is a blatant distortion of what actually occurred, and

FreightCar's reply brief corrects the record.  Additionally, the plaintiffs have misconstrued the

parties' previous settlement agreement approved by Judge Cercone and the local rules relating to

this Court's ability to transfer this action to Pittsburgh.  Finally, the plaintiffs have

mischaracterized an electronic minute order entered by the Illinois Court which did not "stay

proceedings" over FreightCar's "opposition" as the plaintiffs maintain. Rather, the order stayed

only the date by which the individual defendants must answer FreightCar's complaint, as well as

the deadline for the parties to commence initial discovery and settlement conferences.

FreightCar's succinct eight-page reply, together with the affidavit of Nancy Ross, counsel

for FreightCar, clarifies the record before this Court and will enable this Court to more fully and

fairly decide FreightCar's Motion to Dismiss, Transfer, or Stay Proceedings.

For the foregoing reasons, FreightCar respectfully requests that this Court issue an order

granting FreightCar leave to file its proposed reply, a copy of which is attached hereto.

Respectfully Submitted,

**/S/ *Michael J. Parrish, Jr.***

James Clark Munro II
Michael J. Parrish, Jr.
Ronald P. Carnevali, Jr.
SPENCE, CUSTER, SAYLOR, WOLFE & ROSE, LLC
AmeriServ Financial Building, P.O. Box 280
Johnstown, Pennsylvania 15907
T: (814) 536-0735
F: (814) 539-1423

Nancy G. Ross (*pro hac vice pending*)
Sam P. Myler (*pro hac vice pending*)
Kirk Watkins (*pro hac vice pending*)
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606
T: (312) 372-2000
F: (312) 984-7700

**ATTORNEYS FOR DEFENDANTS FREIGHTCAR
AMERICA, INC., JOHNSTOWN AMERICA, LLC,
AND JOHNSTOWN AMERICA CORPORATION
USWA HEALTH & WELFARE PLAN**

DM_US 44318536-1.082260.0018