IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| ANTHONY J. ZANGHI, KENNETH J. SOWERS, DOMINIC MCCUCH, JAMES HOHMAN, DARRELL SHETLER on behalf of themselves and others similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC, <br><br> Plaintiffs, <br><br> Vs. <br><br> FREIGHTCAR AMERICA, INC., JOHNSTOWN AMERICA CORPORATION, and JOHNSTOWN AMERICA CORPORATION USWA HEALTH & WELFARE PLAN, <br><br> Defendants. | Civil Action No.: 3:13-cv-0146 <br><br> District Judge Kim R. Gibson <br><br> Class Action |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KIRK ANDREW WATKINS

Kirk Andrew Watkins, undersigned counsel for Defendants, Freightcar America, Inc., Johnstown America Corporation and Johnstown America Corporation USWA Health & Welfare Plan, hereby move that Kirk Watkins be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendants, Freightcar America, Inc., Johnstown America Corporation and Johnstown America Corporation USWA Health & Welfare Plan in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Kirk Andrew Watkins, which, it is averred satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

/s/ Kirk Andrew Watkins
Attorney I.D. #6307274
McDermott Will & Emery, LLP
227 West Monroe Street
Chicago, Illinois 60606
312-372-2000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 9th day of September, 2013. Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Kirk Andrew Watkins
Attorney I.D. #6307274
McDermott Will & Emery, LLP
227 West Monroe Street
Chicago, Illinois 60606
312-372-2000