IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| ANTHONY J. ZANGHI, KENNETH J. SOWERS, DOMINIC MCCUCH, JAMES HOHMAN, DARRELL SHETLER *on behalf of themselves and others similarly situated*, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC,<br><br>    Plaintiffs,<br><br>            v.<br><br>FREIGHTCAR AMERICA, INC., JOHNSTOWN AMERICA CORPORATION, and JOHNSTOWN AMERICA CORPORATION USWA HEALTH & WELFARE PLAN<br><br>    Defendants. | No.: 3:13-CV-00146<br><br>Hon. Kim R. Gibson<br><br>*Electronically filed* |

## ORDER

AND NOW, this ____ day of _____, 2014, upon consideration of **Defendants' Motion for Reconsideration Seeking Transfer to the Pittsburgh Division**, and any opposition thereto, it is ORDERED, ADJUDGED, and DECREED that said Motion is Granted. The case shall be transferred to the Pittsburg Division of the Western District of Pennsylvania.

BY THE COURT:

_____
Kim R. Gibson,
United States District Court Judge