IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| ANTHONY J. ZANGHI, KENNETH J. SOWERS, DOMINIC MCCUCH, JAMES HOHMAN, DARRELL SHETLER on behalf of themselves and others similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC,<br><br>        Plaintiffs,<br>  v.<br><br>FREIGHTCAR AMERICA, INC., JOHNSTOWN AMERICA CORPORATION, and JOHNSTOWN AMERICA CORPORATION USWA HEALTH & WELFARE PLAN,<br><br>        Defendants. | Civil Action No.: 13-146<br><br>Class Action<br><br>Jury Trial Demanded<br><br>Electronically Filed<br><br>Judge Gibson |

**NOTICE OF FILING OF LETTER BRIEF IN ACCORDANCE WITH THE PARTIES' STIPULATION ON THE RECORD ON MARCH 25,2014**

Plaintiffs Anthony J. Zanghi, Kenneth Sowers, Dominic McCuch, James Hohman, and Darrell Shetler, as individuals and on behalf of others similarly situated, together with the United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union, AFL-CIO, CLC hereby file the letter brief attached hereto as Exhibit 1 in accordance with the parties' stipulation on the record on March 25, 2014.

Respectfully submitted,

/s/ William T. Payne
--- 

| | |
|---|---|
| William T. Payne | Joseph P. Stuligross |
| wpayne@fdpklaw.com | Associate General Counsel |
| Feinstein Doyle Payne & Kravec, LLC | jstuligross@usw.org |
| *Pittsburgh North Office* | United Steelworkers |
| 12 Eastern Avenue | Five Gateway Center, Suite 807 |
| Pittsburgh, PA 15215 | Pittsburgh, PA 15222 |
| (412) 492-8797 | (412) 562-2526 |
| | |
| Pamina Ewing | *Counsel for Plaintiff United Steel, Paper* |
| pewing@fdpklaw.com | *And Forestry, Rubber, Manufacturing,* |
| Joel R. Hurt | *Energy, Allied Industrial And Service* |
| jhurt@fdpklaw.com | *Workers International Union, AFL-* |
| Feinstein Doyle Payne & Kravec, LLC | *CIO/CLC* |
| Allegheny Building, 17th Floor | |
| 429 Forbes Avenue | |
| Pittsburgh, PA 15219 | |
| (412) 281-8400 | |

*Counsel for Plaintiffs Anthony J. Zanghi, Kenneth J. Sowers, Dominic McCuch, James Hohman, and Darrell Shetler*

Dated:  April 1, 2014