IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| ANTHONY J. ZANGHI, et al., | : Civil Action No.: 3:13-cv-0146 |
| | : |
| | : District Judge Kim R. Gibson |
| Plaintiffs, | : |
| | : |
| Vs. | : |
| | : |
| FREIGHTCAR AMERICA, INC., et al., | : |
| | : |
| Defendants. | : |

**<u>MOTION FOR ADMISSION *PRO HAC VICE* OF PRASHANT KOLLURI</u>**

Prashant Kolluri, undersigned counsel for Defendants, Freightcar America, Inc., Johnstown America Corporation and Johnstown America Corporation USWA Health & Welfare Plan, hereby move that Prashant Kolluri be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendants, Freightcar America, Inc., Johnstown America Corporation and Johnstown America Corporation USWA Health & Welfare Plan in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Prashant Kolluri, which, it is averred satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

/s/ Prashant Kolluri
Attorney I.D. #6296974
McDermott Will & Emery, LLP
227 West Monroe Street
Chicago, Illinois 60606
312-984-6472

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 7th day of April, 2014. Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Prashant Kolluri
Attorney I.D. #6296974
McDermott Will & Emery, LLP
227 West Monroe Street
Chicago, Illinois  60606
312-984-6472

DM_US 50860092-1.082260.0018