IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| ANTHONY J. ZANGHI, KENNETH J. SOWERS, DOMINIC MCCUCH, JAMES HOHMAN, DARRELL SHETLER *on behalf of themselves and others similarly situated, and* UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC, <br><br>    Plaintiffs, <br><br>    v. <br><br>FREIGHTCAR AMERICA, INC., JOHNSTOWN AMERICA CORPORATION, and JOHNSTOWN AMERICA CORPORATION USWA HEALTH & WELFARE PLAN, <br><br>    Defendants. | No.: 3:13-CV-00146 <br><br><br><br><br><br> Hon. Kim R. Gibson |

**APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants FreightCar America, Inc., Johnstown American Corporation, and Johnstown American Corporation USWA Health and Welfare Plan (collectively, "FreightCar") hereby submit the following Appendix pursuant to Rule 56(B)(3) of the Local Civil Rules for the Western District of Pennsylvania. The attached evidence is submitted in support of Defendants' Motion for Summary Judgment, filed simultaneously herewith.

**INDEX TO APPENDIX**

| SJ Ex. | Document | Description | Date | Bates |
|---|---|---|---|---|
| 1. | Christenson Decl. | Declaration of Robert C. Christenson in Support of Defendants' Motion for Summary Judgment | 7/17/2014 | None |
| 2. | Christenson Decl. Ex. A | Letter from Jeanette S. Stump to Robert Christenson | 10/10/1991 | USW_FCA02251 |
| 3. | Christenson Decl. Ex. B | Side Letter 22 from W. G. Brader to Andrew V. Palm | 10/18/1991 | 59 – 61 |
| 4. | Christenson Decl. Ex. C | Correspondence Between Frederick Benario and Jeanette S. Stump | 3/30/1992; 4/8/1992; 4/23/1992; 5/7/1992; 6/25/1992 | 3217 – 3253 |
| 5. | Christenson Decl. Ex. D | Program of Insurance Benefits for Hourly Paid Employees of Bethlehem Steel Corporation | 1/1/1990 | USW_FCA01988 – USW_FCA02045 |
| 6. | Christenson Decl. Ex. E | Program of Hospital-Medical Benefits for Eligible Pensioners and Surviving Spouses of Bethlehem Steel Corporation | 1/1/1990 | None |
| 7. | Christenson Decl. Ex. F | SPD Drafts Sent to USW for Review | 6/15/1992; 7/17/1992 | 4889 – 5017 |
| 8. | Christenson Decl. Ex. G | Letter from Jerry Sokolow to Bob Christenson | 7/31/1992 | 6206 – 6216 |
| 9. | Christenson Decl. Ex. H | Draft Administration Section of JAC Guide | 7/10/1992 | HEW000546 |
| 10. | Christenson Decl. Ex. I | Draft Administration Section of JAC Guide | 09/25/1992 | HEW000529 |
| 11. | Christenson Decl. Ex. J | Letter from Jerry Sokolow to Bob Christenson | 1/22/1993 | 6196 |
| 12. | Christenson Decl. Ex. K | Letter from Robert C. Christenson to Jerry Sokolow | 3/26/1993 | USW_FCA01273 |

1

| SJ Ex. | Document | Description | Date | Bates |
|---|---|---|---|---|
| 13. | Christenson Decl. Ex. L | Letter from Robert C. Christenson to Keri Bancroft | 04/13/1993 | USW FCA 01272 |
| 14. | Christenson Decl. Ex. M | JAC Employee Guide | 5/1993 | 1267 – 1370 |
| 15. | Christenson Decl. Ex. N | JAC Retiree Medical Plan SPD | N/A | None |
| 16. | Garabedian Decl. | Declaration of Tom Garabedian in Support of Defendants' Motion for Summary Judgment | 7/16/2014 | None |
| 17. | Howard Decl. | Declaration of Charles Howard in Support of Defendants' Motion for Summary Judgment | 7/15/2014 | None |
| 18. | Howard Decl. Ex. A | 1991 Agreement Between Company and Union on Behalf of Local Union 2635 | 10/28/1991 | 4684 – 4869 |
| 19. | Howard Decl. Ex. B | 1994 Agreement Between Company and Union on Behalf of Local Union 2635 | 10/29/1994 | USW_FCA00097 – USW_FCA00159 |
| 20. | Howard Decl. Ex. C | 1997 Agreement Between Company and Union on Behalf of Local Union 2635 | 11/1/1997 | None |
| 21. | Howard Decl. Ex. D | 2005 Agreement Between Company and Union on Behalf of Local Union 2635 | 2/25/2005 | USW_FCA00314 – USW_FCA00361 |
| 22. | Howard Decl. Ex. E | 2008 FCA/Union Settlement Agreement | 6/19/2008 | USW_FCA00543 – USW_FCA00597 |
| 23. | Howard Decl. Ex. F | FreightCar October 25, 2001 First Economic Proposal | 10/25/2001 | 2053 |
| 24. | Howard Decl. Ex. G | November 14, 2001 Bargaining Notes | 11/14/2001 | Miscellaneous |
| 25. | Howard Decl. Ex. H | FreightCar November 28, 2001 Fourth Draft Proposal | 11/28/2001 | Local 2635 00834 |

| SJ Ex. | Document | Description | Date | Bates |
|---|---|---|---|---|
| 26. | Howard Decl. Ex. I | November 28, 2001 Bargaining Notes | 11/28/2001 | Miscellaneous |
| 27. | Howard Decl. Ex. J | November 29, 2001 Bargaining Notes | 11/29/2001 | Miscellaneous |
| 28. | Howard Decl. Ex. K | December 18, 2001 Fifth Draft Proposal | 12/18/2001 | USW FCA 02962 |
| 29. | Howard Decl. Ex. L | March 6, 2002 Letter to Retirees | 03/06/2002 | 1893 |
| 30. | Howard Decl. Ex. M | May 2002 Amendment to JAC Guide | 05/07/2002 | None |
| 31. | McIver Decl. | Declaration of Claud McIver in Support of Defendants' Motion for Summary Judgment | 7/17/2014 | None |
| 32. | McIver Decl. Ex. A | Agreement of Purchase and Sale Between Bethlehem Steel Corporation and Freight Car Corporation | 5/3/1991 | JAC002005 – JAC002071 |
| 33. | McIver Decl. Ex. B | 1997 Contract Proposals to Company from Union | 9/2/1997 | USW_FCA01027 – USW_FCA01041 |
| 34. | McIver Decl. Ex. C | Company and Union Proposals Concerning Side Letter 22 | 9/29/1994; 10/18/1994; 10/21/1994 | None; 5174; 5175 |
| 35. | McIver Decl. Ex. D | Steelworkers Health and Welfare Fund Plan | 5/14/1998 | SWHF102 – SWHF135 |
| 36. | McIver Decl. Ex. E | Steelworkers Health and Welfare Fund Summary Plan Description | 3/1/1998 | None |
| 37. | McIver Decl. Ex. F | Steelworkers Health and Welfare Plan Participation Agreement | 03/05/1998 | None |
| 38. | *Zanghi* Complaint | *Zanghi* Complaint | 07/09/2013 | None |
| 39. | April 3, 2014 Order | April 3, 2014 Order | 04/03/2014 | None |

3

| SJ Ex. | Document | Description | Date | Bates |
|---|---|---|---|---|
| 40. | Grove Dep. | Deposition of Glenn Grove | 12/10/2003 | None |
| 41. | Sokolow Dep. | Deposition of Jerry Sokolow | 07/10/2014 | None |
| 42. | Stump Dep. | Deposition of Jeanette Stump | 07/09/2014 | None |
| 43. | Jastrzab Aff. | Affidavit of Ray Jastrzab | 09/09/2002 | None |
| 44. | USW-International Dep. | USW International 30(b)(6) Deposition | 05/12/2004; 05/13/2004 | None |
| 45. | USW-Local Dep. | USW Local 30(b)(6) Deposition | 05/18/2004 | None |
| 46. | Karan Aff. | Affidavit of Glen Karan | 08/07/2002 | None |
| 47. | NLRB Hearing Tr. | Excerpts from NLRB Hearing | 10/07/2002 | None |
| 48. | NLRB Ruling | *In re Johnstown America* | 04/04/2003 | None |
| 49. | *Deemer* Docket | *Deemer* Civil Docket | 01/15/2014 | None |
| 50. | Cindrich *Deemer* Ruling | *Deemer* Memorandum & Opinion | 07/14/2003 | None |
| 51. | *Britt* Complaint | *Britt* Complaint | 08/29/2003 | None |
| 52. | *Sowers* Complaint | *Sowers* Complaint | 11/14/2008 | None |
| 53. | Payne Decl. | Declaration of William Payne | 07/26/2013 | None |
| 54. | Ross Decl. | Declaration of Nancy G. Ross | 08/16/2013 | None |
| 55. | Stump Ex. 8 | July 23, 1992 Letter Forwarding Guides | 07/23/1992 | 6197 |

Dated: July 17, 2014							Respectfully Submitted,

/s/ *Sam P. Myler*
James Clark Munro II
Michael J. Parrish, Jr.
Ronald P. Carnevali, Jr.
SPENCE, CUSTER, SAYLOR, WOLFE & ROSE, LLC
AmeriServ Financial Building, P.O. Box 280
Johnstown, Pennsylvania 15907
T: (814) 536-0735
F: (814) 539-1423

Nancy G. Ross (*pro hac vice*)
Prashant Kolluri (*pro hac vice*)
Sam P. Myler (*pro hac vice*)
Kirk Watkins (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606
T: (312) 372-2000
F: (312) 984-7700

**ATTORNEYS FOR DEFENDANTS FREIGHTCAR AMERICA, INC., JOHNSTOWN AMERICA, LLC, AND JOHNSTOWN AMERICA CORPORATION USWA HEALTH & WELFARE PLAN**

5

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 17th day of July, 2013.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

                /s/ *Sam P. Myler*_____
                Sam P. Myler

DM_US 53561055-1.082260.0018