IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| ANTHONY J. ZANGHI, KENNETH J. SOWERS, DOMINIC MCCUCH, JAMES HOHMAN, DARRELL SHETLER on behalf of themselves and others similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC, <br><br>            Plaintiffs, <br>     v. <br><br> FREIGHTCAR AMERICA, INC., JOHNSTOWN AMERICA CORPORATION, and JOHNSTOWN AMERICA CORPORATION USWA HEALTH & WELFARE PLAN, <br><br>            Defendants. | Civil Action No.: 13-146 <br><br> Class Action <br><br> Jury Trial Demanded <br><br> Electronically Filed <br><br> Judge Gibson |

APPENDIX IN SUPPORT OF PLAINTIFFS'
THIRD MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY

William T. Payne
wpayne@fdpklaw.com
Feinstein Doyle Payne & Kravec, LLC
*Pittsburgh North Office*
12 Eastern Avenue
Pittsburgh, PA 15215
(412) 492-8797

Pamina Ewing
pewing@fdpklaw.com
Joel R. Hurt
jhurt@fdpklaw.com
Feinstein Doyle Payne & Kravec, LLC
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA 15219
(412) 281-8400

*Counsel for Plaintiffs Zanghi, Sowers, McCuch, Hohman, and Shetler, and the Class*

Joseph P. Stuligross
Associate General Counsel
jstuligross@usw.org
United Steelworkers
Five Gateway Center, Suite 807
Pittsburgh, PA 15222
(412) 562-2526

*Counsel for Plaintiff United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| ANTHONY J. ZANGHI, KENNETH J. SOWERS, DOMINIC MCCUCH, JAMES HOHMAN, DARRELL SHETLER on behalf of themselves and others similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC, <br><br>        Plaintiffs,<br>  v.<br><br>FREIGHTCAR AMERICA, INC., JOHNSTOWN AMERICA CORPORATION, and JOHNSTOWN AMERICA CORPORATION USWA HEALTH & WELFARE PLAN,<br><br>        Defendants. | Civil Action No.: 13-146<br><br>Class Action<br><br>Jury Trial Demanded<br><br>Electronically Filed<br><br>Judge Kim R. Gibson |

**DECLARATION OF PAMINA EWING IN SUPPORT OF
PLAINTIFFS' THIRD MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

Pamina Ewing hereby declares:

1. I am a partner in the law firm of Feinstein Doyle Payne & Kravec, LLC.

2. I submit this declaration in support of the Plaintiffs' Statement of Undisputed Facts in Support of Plaintiffs' Third Motion for Partial Summary Judgment as to Liability.

3. The following documents are true and accurate copies and are attached to this Declaration:

| Exhibit No. | Description |
|---|---|
| Exhibit A | Deemer Complaint |
| Exhibit B | Letter from JAC dated February 1, 2002 (Exhibit E to the June 27, 2002 Affidavit of Andrew Palm) |
| Exhibit C | July 14, 2003 Memorandum Opinion and Order in Deemer |
| Exhibit D | August 28, 2003 Memorandum Order in Deemer |
| Exhibit E | Britt Complaint |
| Exhibit F | 2005 Britt-Deemer Settlement Agreement |
| Exhibit G | August 5, 2013 Declaration of Thomas McCarthy |
| Exhibit H | Sowers Complaint |
| Exhibit I | Sowers Settlement Agreement |
| Exhibit J | FreightCar's July 8, 2013 Complaint |
| Exhibit K | July 9, 2013 Letter from FreightCar to counsel for USW |
| Exhibit L | August 7, 2002 Affidavit of Mark J. Duray |
| Exhibit M | FreightCar Summary Judgment Brief in Deemer |
| Exhibit N | June 27, 2002 Affidavit of Andrew Palm |
| Exhibit O | Mirroring Agreement (Exhibit B to the June 27, 2002 Affidavit of Andrew Palm) |
| Exhibit P | FreightCar's Answer in Deemer |
| Exhibit Q | September 9, 2002 Supplemental Affidavit of Andrew Palm |
| Exhibit R | Bethlehem PHMB (Exhibit A to the June 27, 2002 Affidavit of Andrew Palm) |
| Exhibit S | FreightCar's September 30, 2002 Summary Judgment Reply Brief in Deemer |
| Exhibit T | Excerpts from December 18, 2003 Deposition Transcript of Mark Duray |

| Exhibit No. | Description |
|---|---|
| Exhibit U | Deposition Transcript of Andrew Palm |
| Exhibit V | Letter from FreightCar dated March 1, 2002 |
| Exhibit W | Excerpts from 1993 Summary Plan Description |
| Exhibit X | "Retiree Insert" to 1993 Summary Plan Description |
| Exhibit Y | Missing Pages from 1993 Summary Plan Description |
| Exhibit Z | Excerpts from the December 10, 2003 Deposition Transcript of Glenn Grove |
| Exhibit AA | Letter dated July 31, 1992 from Jerry Sokolow |
| Exhibit BB | Letter dated January 22, 1993 from Jerry Sokolow |
| Exhibit CC | Letter dated March 26, 1993 from counsel for FreightCar |
| Exhibit DD | April 30, 2003 Affidavit of Joseph S. Canini, Jr. |
| Exhibit EE | Excerpts from February 25, 2004 Deposition Transcript of Claud McIver |
| Exhibit FF | Excerpts from May 27, 2004 Deposition Transcript of John Plunkard |
| Exhibit GG | Letter from FreightCar President James Cirar, dated November 7, 1997 |
| Exhibit HH | FreightCar 1997 Bargaining Priorities |
| Exhibit II | FreightCar "Critical Issues" Memorandum |
| Exhibit JJ | Excerpts from May 25, 2005 Deposition Transcript of James Cirar |
| Exhibit KK | 1997 Collective Bargaining Agreement |
| Exhibit LL | 1991 Collective Bargaining Agreement |
| Exhibit MM | Letter dated June 3, 1999 from FreightCar's President (Exhibit C to June 27, 2002 Affidavit of Andrew Palm) |
| Exhibit NN | Letter from Bethlehem to FreightCar, dated January 24, 2002 |

| Exhibit No. | Description |
|---|---|
| Exhibit OO | Letter from FreightCar dated February 1, 2002 (Exhibit E to the June 27, 2002 Affidavit of Andrew Palm) |
| Exhibit PP | Letter from FreightCar dated March 6, 2002 (Exhibit F to the June 28, 2002 Affidavit of Andrew Palm) |

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I have personal knowledge of the facts contained herein and, if called upon to testify, I could and would competently testify thereto.

Executed on July 17, 2014, at Pittsburgh, PA.

s/ Pamina Ewing
Pamina Ewing