IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| ANTHONY J. ZANGHI, *et al.* | |
| Plaintiffs, | No.: 3:13-CV-00146 |
| v. | |
| FREIGHTCAR AMERICA, INC., *et al.*, | Hon. Kim R. Gibson |
| Defendants. | |

**SUPPLEMENTAL APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants FreightCar America, Inc., Johnstown American Corporation, and Johnstown American Corporation USWA Health and Welfare Plan (collectively, "FreightCar") hereby submit the following Supplemental Appendix pursuant to Rule 56(B)(3) of the Local Civil Rules for the Western District of Pennsylvania. The attached evidence is submitted in support of Defendants' Response to Plaintiffs' Motion for Summary Judgment, filed simultaneously herewith.

### INDEX TO SUPPLEMENTAL APPENDIX

| SJ Ex. | Document | Description | Date | Bates |
|---|---|---|---|---|
| 56. | Duray Dep. | Deposition of Mark Duray | 12/18/2003 | None |
| 57. | Plunkard Dep. | Deposition of W. John Plunkard | 05/27/2004 | None |
| 58. | Mitchell R & R | Magistrate Judge Mitchell, February 24, 2003 Report and Recommendation | 10/18/1991 | None |

Dated: August 22, 2014

James Clark Munro II
Michael J. Parrish, Jr.
Ronald P. Carnevali, Jr.
SPENCE, CUSTER, SAYLOR, WOLFE & ROSE, LLC
AmeriServ Financial Building, P.O. Box 280
Johnstown, Pennsylvania 15907
T: (814) 536-0735
F: (814) 539-1423

Respectfully Submitted,

/s/ *Sam P. Myler*

Nancy G. Ross (*pro hac vice*)
Sam P. Myler (*pro hac vice*)
Prashant Kolluri (*pro hac vice*)
Kirk Watkins (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606
T: (312) 372-2000
F: (312) 984-7700

**ATTORNEYS FOR DEFENDANTS FREIGHTCAR AMERICA, INC., JOHNSTOWN AMERICA, LLC, AND JOHNSTOWN AMERICA CORPORATION USWA HEALTH & WELFARE PLAN**

1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 22nd day of August, 2014.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                                      /s/ *Sam P. Myler*_____  
                                                      Sam P. Myler

DM_US 54511558-1.082260.0018