IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| **ANTHONY J. ZANGHI**, *et al.*, <br><br>   Plaintiffs, <br><br>   v. <br><br> **FREIGHTCAR AMERICA, INC.**, *et al.*, <br><br>   Defendants. | No.: 3:13-CV-00146 <br><br> Hon. Kim R. Gibson |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF KIRK WATKINS

Kirk Watkins, counsel for Defendants in the above-captioned action and the consolidated action captioned *FreightCar America, Inc. v. United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union, AFL-CIO, CLC, et al.* (W.D. Pa. Case No. 14-00017), hereby moves the Court to withdraw as counsel of record. Defendants will continue to be represented by the remaining counsel of record.

Dated: October 7, 2014                                  Respectfully Submitted,

/s/ *Kirk Watkins*
Kirk Watkins (*pro hac vice*)
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
T: (312) 372-2000
F: (312) 984-7700
kwatkins@mwe.com

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 7th day of October, 2014. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                         /s/ *Kirk Watkins*
                                         Kirk Watkins