IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| **ANTHONY J. ZANGHI**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **FREIGHTCAR AMERICA, INC.**, *et al.*, <br><br> Defendants. | No.: 3:13-CV-00146 <br><br><br> Hon. Kim R. Gibson |

## ORDER

AND NOW, this _____ day of October, 2014, upon consideration of Defendants' Motion for Leave to Withdraw Appearance of Kirk Watkins (ECF No. 152), and any opposition thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.

The Clerk of the Court is hereby directed to remove Kirk Watkins as counsel of record from the case docket and the Notice of Electronic Filing System. All other counsel of record for Defendants are to remain the same.

BY THE COURT:

_____
Kim R. Gibson, United States District Judge