IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| **ANTHONY J. ZANGHI**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**FREIGHTCAR AMERICA, INC.**, *et al.*,<br><br>Defendants. | No. 3:13-CV-00146<br><br>Hon. Kim R. Gibson |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2015, upon consideration of Defendants' Motion for Reconsideration of this Court's order denying Defendants' Motion for Summary Judgment, IT IS HEREBY ORDERED that Defendants' Motion for Reconsideration is GRANTED.

THIS MATTER having been reconsidered on Defendants' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is GRANTED and this action is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
**Kim R. Gibson, United States District Judge**