# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### JOHNSTOWN DIVISION

| | |
|---|---|
| **ANTHONY J. ZANGHI,** *et al.*, | No. 3:13-CV-00146 |
| **Plaintiffs,** | |
| v. | Hon. Kim R. Gibson |
| **FREIGHTCAR AMERICA, INC.,** *et al.*, | |
| **Defendants.** | |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2015, upon consideration of Defendants' Motion for Leave to File Amended Complaint, it is hereby ordered that Defendants' motion is GRANTED.

BY THE COURT:

_____

Kim R. Gibson, United States District Judge