IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| ANTHONY J. ZANGHI, KENNETH J. SOWERS, DOMINIC MCCUCH, JAMES HOHMAN, DARRELL SHETLER on behalf of themselves and others similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC, | : Civil Action No.: 3:13-cv-0146 <br> : <br> : District Judge Kim R. Gibson <br> : <br> : Class Action |
| Plaintiffs, | : |
| Vs. | : |
| FREIGHTCAR AMERICA, INC., JOHNSTOWN AMERICA CORPORATION, and JOHNSTOWN AMERICA CORPORATION USWA HEALTH & WELFARE PLAN, | : |
| Defendants. | : |

**MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN DAVID NETTER**

Defendants Freightcar America, Inc., Johnstown America Corporation and Johnstown America Corporation USWA Health & Welfare Plan, hereby move that Brian David Netter be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendants, Freightcar America, Inc., Johnstown America Corporation and Johnstown America Corporation USWA Health & Welfare Plan in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for

Admission *Pro Hac Vice* of Brian David Netter, which, it is averred satisfies the requirements of the foregoing Local Rules and Standing Order.

    Respectfully submitted,

    /s/ Brian David Netter
    Mayer Brown LLP
    1999 K Street NW
    Washington, DC 20006
    202-263-3000

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 30th day of April, 2015. Any other counsel of record will be served by first class mail.

/s/ Brian David Netter
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
202-263-3000