## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## JOHNSTOWN DIVISION

| | |
|---|---|
| ANTHONY J. ZANGHI, KENNETH J. SOWERS, DOMINIC MCCUCH, JAMES HOHMAN, DARRELL SHETLER on behalf of themselves and others similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC, | Civil Action No.: 13-146<br><br>Class Action<br><br><br>Judge Kim R. Gibson |
| Plaintiffs, | |
| v. | |
| FREIGHTCAR AMERICA, INC., JOHNSTOWN AMERICA CORPORATION, and JOHNSTOWN AMERICA CORPORATION USWA HEALTH & WELFARE PLAN, | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*
## FOR ATTORNEY BRIAN L. ZIMMERMAN

I, Brian L. Zimmerman, a member of the bar of the State of Ohio, hereby moves this Honorable Court to for admission *pro hac vice* to participate in this case.

1.    I am an attorney with B. Zimmerman Law, 229 Third Street, NW, Suite 200, Canton, OH 44702.  As evidenced by the attached Affidavit, I am a member in good standing of the Bar of the State of Ohio.

2.    I am an experienced lawyer with particular expertise in litigation. My

admission *pro hac vice* will significantly assist Plaintiffs in prosecuting this case.

3.      I am conversant or will become conversant with the Local Rules of Civil Procedure of the United States District Court for the Western District of Pennsylvania, and will abide by those Rules.

4.      I registered to use Electronic Case Filing ("ECF") in the United States District Court for the Western District of Pennsylvania on May 27, 2015, and wish to be admitted *pro hac vice* for all purposes in this matter.

WHEREFORE, Brian L. Zimmerman respectfully requests this Honorable Court grant my Motion for Admission *Pro Hac Vice*.  A proposed Order of Court is attached hereto, should the Court grant this Motion.

Dated:  May 28,  2015                          B. ZIMMERMAN LAW


                                               By:   /s/ Brian L. Zimmerman.
                                               Brian L. Zimmerman
                                               229 Third Street N.W.
                                               Canton, OH 44702
                                               Phone:  330-454-8056
                                               Fax:      330-454-2434

                                               Email: bz@bzimmermanlaw.com


                                               *ATTORNEY FOR PLAINTIFFS*