IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| ANTHONY J. ZANGHI, KENNETH J. SOWERS, DOMINIC MCCUCH, JAMES HOHMAN, DARRELL SHETLER on behalf of themselves and others similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC, <br><br>     Plaintiffs, <br>  v. <br><br> FREIGHTCAR AMERICA, INC., JOHNSTOWN AMERICA CORPORATION, and JOHNSTOWN AMERICA CORPORATION USWA HEALTH & WELFARE PLAN, <br><br>     Defendants. | Civil Action No.: 13-146 <br><br> Class Action <br><br> Judge Kim R. Gibson |

## (PROPOSED) ORDER

AND NOW, this ___ day of _____, 2015, upon consideration of the Motion for Admission *Pro Hac Vice* of Attorney Brian L. Zimmerman, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED. Brian L. Zimmerman is hereby admitted to this Court *pro hac vice* for the purposes of representing Plaintiffs in the above-captioned matter.

BY THE COURT:

_____