IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| ANTHONY J. ZANGHI, KENNETH J. SOWERS, DOMINIC MCCUCH, JAMES HOHMAN, DARRELL SHETLER on behalf of themselves and others similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC, <br><br> Plaintiffs, <br> v. <br><br> FREIGHTCAR AMERICA, INC., JOHNSTOWN AMERICA CORPORATION, and JOHNSTOWN AMERICA CORPORATION USWA HEALTH & WELFARE PLAN, <br><br> Defendants. | Civil Action No.: 13-146 <br><br> Class Action <br><br> Judge Kim R. Gibson |

## AMENDED AFFIDAVIT OF BRIAN L. ZIMMERMAN

1. I am a sole practitioner, and my firm is B. Zimmerman Law. My offices are located at 229 Third Street, NW, Suite 200, Canton, OH 44702.

2. I am authorized to practice law in the State of Ohio.

3. My license to practice law has never been suspended or revoked. A Certificate of Good Standing issued by the State of Ohio is attached as Exhibit A.

4. I registered to use Electronic Case Filing ("ECF") in the United States District Court for the Western District of Pennsylvania on May 27, 2015.

5. I am seeking admission to the Bar of this Court *pro hac vice* to prosecute this case.

6. I am conversant with the rules of this Court and agree to abide by those rules.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 6/5, 2015

_____
Brian L. Zimmerman

STATE OF OHIO
          :SS
STARK COUNTY

Before me, a Notary Public in and for said County and State, personally appeared the above named Brian L. Zimmerman, who acknowledged that he did sign the foregoing instrument and that the same is his free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at Canton, Ohio this 6th day of June, A.D. 2015.

Melissa A. Sundberg-Penny
Notary Public, State of Ohio
My Commission Expires 08-16-2015