IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY J. ZANGHI et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:13-146 |
| | ) JUDGE KIM R. GIBSON |
| FREIGHTCAR AMERICA, INC. et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## CONFERENCE MEMORANDUM

Conference:     Settlement Conference re: Preliminary Approval of Settlement Agreement
Before Judge:   Kim R. Gibson on 9/28/2015

| Pamina Ewing<br>Appearing for Plaintiffs' Class | Nancy Ross<br>Samuel Myler<br>Appearing for Defendants |
|---|---|
| Joseph Stuligross<br>Appearing for USW | KS<br>Court Reporter |
| 1:11 p.m.<br>Hearing Began | 1:37 p.m.<br>Hearing Concluded |
| AMM<br>Law Clerk | |

The Court held a telephonic conference to discuss preliminary approval of the settlement agreement. This Memorandum provides a general summary of what was discussed. The transcript of this conference may be referenced for more precise detail of the nature of the discussions.

The Court began by directing the parties to specific aspects of the settlement agreement for clarification. Attorneys Ewing and Ross explained the structure and administrative details of the agreement. Attorney Stuligross answered the Court's questions regarding the nature of the class members and how the settlement agreement would benefit them. The Court granted preliminary approval of the settlement agreement.

- 1 -

The parties inquired about outstanding issues and the Court noted that these would be covered in the Order Granting Motion for Preliminary Approval, which would be docketed later today. The Court noted that a hearing would be scheduled for January 5, 2016 at 1:00 p.m. Attorney Stuligross indicated that he would provide an estimate of whether the Court should expect objections from the Class Members at this hearing. The Court noted that it would wait for that estimate and plan its schedule accordingly.

No other issues were discussed, and the conference concluded.