IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| ANTHONY J. ZANGHI, KENNETH J. SOWERS, DOMINIC MCCUCH, JAMES HOHMAN, DARRELL SHETLER on behalf of themselves and others similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC,<br><br>          Plaintiffs,<br><br>    v.<br><br>FREIGHTCAR AMERICA, INC., JOHNSTOWN AMERICA CORPORATION, and JOHNSTOWN AMERICA CORPORATION USWA HEALTH & WELFARE PLAN,<br><br>          Defendants. | Civil Action No. 3:13-CV-00146<br><br>Class Action<br><br>Jury Trial Demanded<br><br>Electronically Filed<br><br>Judge Kim R. Gibson |

**CLASS COUNSEL'S MOTION FOR AN ORDER
APPROVING ATTORNEYS' FEES AND EXPENSES**

Class Counsel, on their own behalf and on behalf of class representatives Anthony J. Zanghi, Kenneth J. Sowers, Dominic McCuch, James Hohman, and Darrell Shetler ("Plaintiffs") hereby move for an award of attorneys' fees and expenses pursuant to Fed. R. Civ. P. 23(h), Fed. R. Civ. P. 54(d), and 29 U.S.C. § 1132(g)(1).  Class Counsel's Memorandum of Law in support of this Motion, along with supporting exhibits and supporting declarations, are filed herewith.  In accordance with the Settlement Agreement, Defendants do not oppose this motion. Class Counsel ask this Court to award them reimbursement of their litigation expenses in the total amount of $27,931.23, including $25,621 for Feinstein Doyle Payne and Kravec, LLC, $142.81 for Brian Zimmerman of B. Zimmerman Law, and $2,167.42 for attorneys from Cornfield and

Feldman, LLP. Class Counsel also ask this Court to award $1,272,068.77 as a reasonable attorneys' fee.

WHEREFORE, Class Counsel pray for approval of the requested fees and expenses as set forth in the attached memorandum. A proposed order is filed herewith.

Dated: <u>November 12, 2015</u>

Respectfully submitted,

s/ William T. Payne
William T. Payne
wpayne@fdpklaw.com

Feinstein Doyle Payne & Kravec, LLC
*Pittsburgh North Office*
12 Eastern Avenue
Pittsburgh, PA  15215
(412) 492-8797

Pamina Ewing
pewing@fdpklaw.com
Joel R. Hurt
jhurt@fdpklaw.com
Feinstein Doyle Payne & Kravec, LLC
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA  15219
(412) 281-8400

Brian L. Zimmerman
bz@zimmermanlaw.com
B ZIMMERMAN LAW
229 Third Street NW, Suite 200
Canton, OH  44702
(330) 454-8056

*Counsel for Plaintiffs Anthony J. Zanghi, Kenneth J. Sowers, Dominic McCuch, James Hohman, and Darrell Shetler and the Class*